| | |
|---|---|
| **WO** | MDR |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Loretta Ann Greer,  )  No. CV 10-1050-PHX-JAT (LOA)
)
 Plaintiff,  )  **ORDER**
)
vs.  )
)
City of Goodyear, et al.,  )
)
 Defendants.  )
)

In a June 24, 2010 Order, the Court dismissed this case under 28 U.S.C. § 1915(g) because Plaintiff Loretta Ann Greer had not paid the filing fee, had three "strikes," and had not made a credible allegation in her four-count Complaint that she was in imminent danger of serious physical injury and had not demonstrated a nexus between an alleged imminent danger and her claims. Because the Court dismissed the Complaint, the Court denied as moot Plaintiff's "Motion for Emergenc[y] TRO Injunction." The Clerk of Court entered Judgment on June 24, 2010.

On July 6, 2010, Plaintiff filed a "Motion for Recon[s]ideration Attorney and Enlarg[e]ment." In a July 12, 2010 Order, the Court denied the Motion.

On July 26, 2010, Plaintiff filed a "Motion for Recon[s]ideration Attorney and Enlarg[e]ment"(Doc. 16) that is virtually identical to her July 6th Motion and filed a "Memo of Law Supporting Motion for Recon[s]ideration[,] Attorney[,] Exhibits, Declaration Combined" (Doc. 17). The Court has reviewed Plaintiff's second Motion for

Reconsideration and her Memo. Plaintiff has presented nothing different than she presented in her first Motion for Reconsideration. For the same reasons stated in the Court's July 12, 2010 Order, the Court will deny Plaintiff's second Motion for Reconsideration.

**IT IS ORDERED:**

(1) Plaintiff's second "Motion for Recon[s]ideration Attorney and Enlarg[e]ment" (Doc. 16) is **denied**.

(2) This case must remain **closed**.

DATED this 28th day of July, 2010.

James A. Teilborg
United States District Judge